IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| SIWANA S. GREEN | : | |
| & | : | |
| THOMAS D. GREEN, | : | |
| | : | DOCKET NO.: 20-00131-RNO |
| <u>          DEBTORS         </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | CERTIFICATE OF SERVICE |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | 341 MEETING DATE & TIME: |
| | : | APRIL 27, 2020, at 12:00 P.M. |
| v. | : | |
| | : | |
| SIWANA S. GREEN | : | |
| & | : | |
| THOMAS D. GREEN, | : | |
| | : | RELATED TO DOCKET NO.: <u>38</u> |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN DATED
MARCH 3, 2020

    I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on March 25,

2020 by:

**5:20-bk-00131-RNO Notice will be electronically mailed to:**

Patrick James Best on behalf of Creditor THE BANK OF NEW YORK MELLON, F/K/A The
Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates,
Series 2005-7
patrick@armlawyers.com,
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best on behalf of Debtor 1 Siwana Sheron Green

patrick@armlawyers.com,
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best on behalf of Debtor 2 Thomas Demetrius Green
patrick@armlawyers.com,
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

Janet M. Spears on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Joseph J. Swartz on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7
bkgroup@kmllawgroup.com

**5:20-bk-00131-RNO Notice will not be electronically mailed to:**

Respectfully submitted by,

EXECUTED ON: March 25, 2020    By:    */s/ Joseph J. Swartz*_____
                                       Joseph J. Swartz
                                       Counsel
                                       PA Department of Revenue
                                       Office of Chief Counsel
                                       P.O. Box 281061
                                       Harrisburg, PA 17128-1061
                                       PA Attorney I.D.: 309233
                                       Phone: (717) 346-4645
                                       Facsimile: (717) 772-1459
                                       Email: JoseSwartz@pa.gov